**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NORTH DAKOTA**

United States of America,

Plaintiff,

v.

Bryant Keith Davis,

Defendant.

**ORDER AMENDING CONDITIONS OF RELEASE**

Case No.: 3:26-cr-00103

---

On June 3, 2026, Defendant was charged in an Indictment with Uttering Counterfeit Securities. (Doc. No. 2). Defendant was arrested in the Western District of Oklahoma on September 16, 2026, and after appearing before the court was committed to the District of North Dakota. (Doc. Nos. 4, 6).

Defendant appeared in this district and was arraigned on October 5, 2026. (Doc. No. 12). At the conclusion of the hearing, Defendant was ordered detained pending a detention hearing scheduled for October 8, 2026. (Doc. No. 15). On October 8, 2026, the court convened for a detention hearing. (Doc. No. 17). At the conclusion of the hearing, Defendant was ordered conditionally released to reside at his residence subject to a number of conditions, including:

> (11) Defendant shall reside at a Residential Facility to be designated by the Pretrial Services Officer and shall participate in the center's programs and abide by its rules and regulations. If directed by the Pretrial Services Officer, Defendant shall pay a portion of the cost of residing at that facility. The supervising pretrial services officer may approve passes from the RRC for up to eight hours.

(Doc. No. 18).

Upon consultation with United States Probation and Pretrial Services, the court now strikes condition eleven. Defendant shall remain subject to all other previously imposed conditions of release set by the court in its October 8, 2026, Order.

**IT IS SO ORDERED.**

Dated this 2nd day of November, 2026.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court